|  |  |
|---|---|
| **ANTHONY D. RAY,** | 2:19-cv-01865-KJM-EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER |
| v. |  |
| **O. PETRAS, et al.,** |  |
| Defendants. |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

The Court, having considered Defendants' motion to modify the Discovery and Scheduling Order, and good cause having been found:

**IT IS ORDERED** that Defendants are granted a modification to the Discovery and Scheduling Order.  The parties are permitted to serve discovery requests until November 18, 2020, and to conduct discovery until January 13, 2021.  Dispositive motions are to be filed on or before April 21, 2021.

Dated:  August 24, 2020

_____
The Honorable Edmund F. Brennan

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Anthony D. Ray (AG0528) v. Ognjen Petras, et al.*
**Case No.:**   **2:19-cv-01865-KJM-EFB (PC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **August 19, 2020**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Anthony Ray - AG0528
California Medical Facility
P.O. Box 2000
Vacaville, CA  95696-2000

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **August 19, 2020**, at Sacramento, California.

| D. Kulczyk | */s/ D. Kulczyk* |
|---|---|
| Declarant | Signature |