1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY D. RAY,                          Case No. 2:19-cv-01865-KJM-JDP (PC)

12                      Plaintiff,             ORDER DENYING MOTION TO APPOINT
                                               COUNSEL
13             v.
                                               ECF No. 45
14    ONGNEN PETRAS, *et al.*,

15                      Defendants.

16

17           Plaintiff is a prisoner proceeding without counsel in this civil rights action brought under

18    42 U.S.C. § 1983.  Plaintiff has filed his fourth motion for appointment of counsel.  ECF No. 45.

19           As previously explained to plaintiff, he does not have a constitutional right to appointed

20    counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court

21    lacks the authority to require an attorney to represent him.  *See Mallard v. U.S. District Court for*

22    *the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  The court may request the voluntary

23    assistance of counsel.  *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to

24    represent any person unable to afford counsel"); *Rand*, 113 F.3d at 1525.  However, without a

25    means to compensate counsel, the court will seek volunteer counsel only in exceptional

26    circumstances.  In determining whether such circumstances exist, "the district court must evaluate

27    both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his

28    claims pro se in light of the complexity of the legal issues involved."  *Rand*, 113 F.3d at 1525

                                                     1

1   (internal quotation marks and citations omitted).

2         Having considered these factors, the court again finds that there are no exceptional

3   circumstances warranting the appointment of counsel.  Accordingly, plaintiff's motion for

4   appointment of counsel, ECF No. 45, is denied.

5

6   IT IS SO ORDERED.

7
    Dated:    February 5, 2021                    _____

8                                         JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28