UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. RAY, | No. 2:19-cv-01865-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| ONGNEN PETRAS, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Plaintiff also submitted two replies to the defendants' opposition, which were docketed after the magistrate judge's findings and recommendations. ECF No. 42, 43. The court has considered these replies in deciding whether to adopt the magistrate judge's findings and recommendations.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Plaintiff suggests in his motion papers and objections to the magistrate judge's findings and recommendations that he cannot prosecute his claims pro se as a result of the pandemic, his poor vision, and his mental health. *See, e.g.*, Reply at 2–3, ECF No. 42. The magistrate judge may wish to consider on his own motion whether the appointment of pro bono counsel would be appropriate at this juncture in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2020, are adopted in full;

2. Plaintiff's motion to amend, ECF No. 37, is denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: February 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE