IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY D. RAY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**O. PETRAS, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-01865-KJM-JDP (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

　　The Court, having considered Defendants' third motion to modify the Discovery and Scheduling Order, and good cause having been found:

　　IT IS ORDERED that Defendants are granted a modification to the Discovery and Scheduling Order. Dispositive motions are to be filed on or before June 21, 2021.

IT IS SO ORDERED.


Dated:　__April 19, 2021__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE